IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLSIDE DAIRY, INC., et al., | CIV-S-97-1179 GEB JFM |
| Plaintiffs, | **STIPULATION AND ORDER** |
| v. | |
| A.G. KAWAMURA, Secretary, California Department of Food & Agriculture, et al., | |
| Defendants. | |
| PONDEROSA DAIRY, et al., | CIV-S-97-1185 GEB JFM |
| Plaintiffs, | |
| v. | |
| A.G. KAWAMURA, Secretary, California Department of Food & Agriculture, et al., | |
| Defendants. | |

1

2

# **RECITALS**

3

4     WHEREAS, on May 11, 2004, Summary Judgment was Granted in favor of Plaintiffs;

5     WHEREAS, on May 11, 2004, Judgment was entered pursuant to the Order Granting

6 Plaintiffs Summary Judgment ("Judgment");

7     WHEREAS, Plaintiffs' Amended Motion for Attorneys' Fees and Costs ("Motion") was

8 submitted on September 27, 2004;

9     WHEREAS, in the Motion, Plaintiffs stated: "Plaintiffs will submit a supplemental

10 declaration to include their attorneys' fees expended in seeking fees as well as any other

11 adjustment necessary to the total fee request";

12     WHEREAS, on August 13, 2004, the Parties Stipulated that "Plaintiffs will have to file yet

13 at least one more supplemental declaration regarding the amount and nature of fees associated with

14 the motion to stay, as well as preparing their reply in support of the Motion, and preparing for the

15 September 27, 2004 hearing on the Motion";

16     WHEREAS, the Parties Stipulated and the Court Ordered on August 16, 2004, that

17 Plaintiffs were permitted to submit — 30 days after the Court Grants the Motion — their First

18 Supplemental Fee Request respecting those fees not included in the original Motion;

19     WHEREAS, on December 9, 2004, the Court entered its Order Granting Plaintiffs' Motion;

20     WHEREAS, Defendants filed a Notice of Appeal of the May 11, 2004 Judgment;

21     WHEREAS, the parties met with the Ninth Circuit Mediator on December 17, 2004.  At

22 the end of the meeting the parties agreed to continue the mediation process by phone and in person

23 during the next several weeks and in order to conserve judicial and party resources the parties

24 jointly requested that the filing of Plaintiffs' First Supplemental Fee Request be postponed to

25 March 30, 2005 and the Court granted their request on December 22, 2004;

26     WHEREAS, the parties had another in-person meeting with the Ninth Circuit Mediator on

27 February 7, 2005.  At the end of that meeting the parties agreed to continue the mediation process,

28 which has involved further discussions.  In order to conserve judicial and party resources the

parties jointly requested that the filing of Plaintiffs' First Supplemental Fee Request be postponed to June 10, 2005 and this Court granted that request;

WHEREAS, the parties continue to engage in the mediation process and expect these discussions will continue into June. In order to conserve judicial and party resources, therefore, the parties again jointly request that the filing of Plaintiffs' First Supplemental Fee Request be postponed to August 31, 2005;

WHEREAS, by entering into this Stipulation, Plaintiffs' do not waive the right to file their First Supplemental Fee Request, and further supplemental materials should they be necessary, and Defendants do not waive their right to oppose any such request;

WHEREAS, this Stipulation is expressly conditioned upon and dependent upon the Court signing and entering this Stipulation as an Order; and

THEREFORE:

## STIPULATION & ORDER

Plaintiffs are permitted to file their First Supplemental Fee Request on or before August 31, 2005; and

THEREFORE:

**IT IS SO STIPULATED.**

Dated:  May 16, 2005

Bill Lockyer
Attorney General of the State of California


By: _____/s/ Linda Berg_____
LINDA BERG
Deputy Attorney General
Attorneys for Defendants
California Secretary of Food & Agriculture, *et al.*

1  Dated:  May 16, 2005

2                                                    Thelen Reid & Priest LLP

3

4                                      By:  _____/s/ Patrick M. Ryan_____
                                                PATRICK M. RYAN
5                                           Attorneys for Plaintiffs
                                        Hillside Dairy, Inc., *et al.* (No. 97-1179)
6  Dated:  May 16, 2005
                                              Law Offices of John H. Vetne
7

8                                      By:  _____/s/ John H. Vetne_____
                                                JOHN H. VETNE
9                                           Attorneys for Plaintiffs
                                        Ponderosa Dairy, *et al.* (No. 97-1185)
10

11        I, Patrick M. Ryan, hereby attest that I have obtained the authorization of the attorney

12  signatories to this document to electronically sign on their behalf.

13  Dated:  May 16, 2005
                                                    Thelen Reid & Priest LLP
14

15                                      By:  _____/s/ Patrick M. Ryan_____
                                                PATRICK M. RYAN
16                                          Attorneys for Plaintiffs
                                        Hillside Dairy, Inc., *et al.* (No. 97-1179)
17

18

19        **AS STIPULATED, IT IS SO ORDERED.**

20  Dated:  May 17, 2005

21

22                                           /s/ Garland E. Burrell, Jr.
                                             GARLAND E. BURRELL, JR.
23                                           United States District Judge

24

25

26

27

28